BOHN & BOHN LLP
RAM FLETCHER, ESQ. - State Bar #240740
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON ZAREMBA,

          Plaintiff,

v.

COUNTY OF SAN MATEO, et al.

          Defendants.

Case No: C08-04451MHP

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

    The parties jointly seek to continue the Case Management Conference scheduled for December 29, 2008, at 4:00 p.m., due to defense counsel's unavailability. Attorney Rebecca M. Archer, counsel for defendants County of San Mateo and Officer Myers has a calendar conflict with another case.

    IT IS HEREBY STIPULATED by the plaintiff JASON ZAREMBA, defendants CITY OF SAN MATEO, OFFICER DOUGLAS, OFFICER ESTRADA and defendants COUNTY OF SAN MATEO and OFFICER MYERS, through their counsel of record, to continue the December 29, 2008, Case Management Conference to January 12, 2009 at 4:00 p.m. or to a date convenient to the Court.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: December 8, 2008 | BOHN & BOHN LLP |
| 2 | | |
| 3 | | BY: [signature] |
| 4 | | RAM FLETCHER<br>Attorneys for Plaintiff |
| 5 | | JASON ZAREMBA |
| 6 | Dated: December 8, 2008 | COUNTY OF SAN MATEO<br>DEPUTY COUNTY COUNSEL |
| 7 | | |
| 8 | | [signature] |
| 9 | | BY: REBECCA M. ARCHER |
| 10 | | Attorneys for Defendants<br>COUNTY OF SAN MATEO and |
| 11 | | OFFICER MARK T. MYERS |
| 12 | Dated: December 8, 2008 | JORGENSON, SIEGEL, MCCLURE, FLEGEL |
| 13 | | |
| 14 | | [signature] |
| 15 | | BY: NICOLAS A. FLEGEL<br>Attorneys for Defendants |
| 16 | | CITY OF MENLO PARK, OFFICER<br>NICHOLAS DOUGLAS and OFFICER |
| 17 | | EDWARD ESTRADA |

## ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The December 29, 2008, Case Management Conference is continued to January 12, 2008, at 4:00 P.M., in Courtroom 15.

**IT IS SO ORDERED.**

Dated: 12/12, 2008

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]

Zaremba vs. County of San Mateo, et al.
Stipulation and Order to Continue Case Management Conference

2