WILLIAM L. McCLURE (83743)
JOHN L. FLEGEL (57010)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone: (650) 324-9300
Facsimile: (650) 324-0227

Attorneys for CITY OF MENLO PARK
and OFFICERS NICHOLAS DOUGLAS
and EDUARDO ESTRADA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JASON ZAREMBA,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO; CITY OF MENLO PARK, a municipal corporation; MARK T. MEYERS individually and in his official capacity as a deputy sheriff for the COUNTY OF SAN MATEO; NICHOLAS DOUGLAS individually and in his official capacity as a police officer for the CITY OF MENLO PARK; EDWARD ESTRADA individually and in his official capacity as a police officer for the CITY OF MENLO PARK; DOES 1-20, inclusive, individually and in their capacities as police officers or deputy sheriffs for the CITY OF MENLO PARK and/or the COUNTY OF SAN MATEO,<br><br>    Defendants. | CASE NO: C08-04451 MHP<br><br>[PROPOSED] ORDER EXCUSING OFFICER EDUARDO ESTRADA FROM ATTENDANCE AT THE SCHEDULED ENE SESSION SET FOR MARCH 9, 2009 |

Defendants, OFFICER EDUARDO R. ESTRADA and the CITY OF MENLO PARK respectfully request, pursuant to ADR L.R. 5-10(d), that Officer Estrada be excused from attendance at the scheduled ENE session set for March 9, 2009, before Steven Saltiel.

The Court, having read and considered the request and good cause being shown,

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

ORDER EXCUSING OFFICER
EDUARDO ESTRADA FROM ENE        1        Case No.: C08-04451 MHP
N:\DATA\Clients\B\BayCities\Zaremba\Pigs\Order-Estrada.wpd

1 | hereby grants the request of defendants to excuse Officer Estrada from attendance at the
2 | scheduled ENE session set for March 9, 2009, on the condition that he be available to participate by ~~phone~~ (WDB)
3 | THEREFORE, IT IS HEREBY ORDERED:
4 | The Court hereby excuses Officer Estrada from attending in person (WDB) the ENE Session set for
5 | March 9, 2009.

7 | Dated: 3/4/09

Honorable Wayne D. Brazil
United States District Judge

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

ORDER EXCUSING OFFICER
EDUARDO ESTRADA FROM ENE         2

Case No.: C08-04451 MHP

N:\DATA\Clients\B\BayCities\Zaremba\Pigs\Order-Estrada.wpd