BOHN & BOHN LLP
RAM FLETCHER, ESQ. - State Bar #240740
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON ZAREMBA,

        Plaintiff,

v.

COUNTY OF SAN MATEO, et al.

        Defendants.

Case No: C08-04451MHP

STIPULATION OF PARTIAL DISMISSAL

    IT IS HEREBY STIPULATED by and between the parties in the above-captioned action through their designated counsel that pursuant to FRCP 41(a)(1) the following claims are hereby dismissed with prejudice:

Only as to the Defendant COUNTY OF SAN MATEO:

The First Cause of Action - 42 U.S.C. §1983 Violation of Fourth Amendment (false arrest);

The Second Cause of Action - 42 U.S.C. §1983 Violation of Fourth Amendment (excessive force);

The Third Cause of Action - 42 U.S.C. §1983 Violation of Fourth Amendment (denial of due process);

As to all Defendants:

The Fourth Cause of Action - Violation of California Civil Code §52.1.

///

Zaremba vs. County of San Mateo, et al.
Stipulation of Partial Dismissal

1

JUL-21-2009 17:13 4082952222 97% P.02

| | | |
|---|---|---|
| 1 | Dated: July 21, 2009 | BOHN & BOHN LLP |
| 2 | | |
| 3 | | BY: /s/ |
| 4 | | PAM FLETCHER<br>Attorneys for Plaintiff |
| 5 | | JASON ZAREMBA |
| 6 | Dated: July ___, 2009 | JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP |
| 7 | | |
| 8 | | BY:_____ |
| 9 | | NICOLAS A. FLEGEL<br>Attorneys for Defendants |
| 10 | | CITY OF MENLO PARK,<br>NICHOLAS DOUGLAS, and<br>EDUARDO ESTRADA |
| 11 | Dated: July 22, 2009 | COUNTY COUNSEL OF SAN MATEO COUNTY |
| 12 | | |
| 13 | | BY: /s/ Rebecca Archer |
| 14 | | MICHAEL P. MURPHY<br>REBECCA M. ARCHER |
| 15 | | Attorneys for Defendants |
| 16 | | COUNTY OF SAN MATEO and<br>MARK T. MEYERS |

7/28/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Zaremba vs. County of San Mateo, et al.
Stipulation of Partial Dismissal

2

```
1  Dated: July 21, 2009                BOHN & BOHN LLP
2
3                                      BY: _____
4                                          RAM FLETCHER
                                           Attorneys for Plaintiff
5                                          JASON ZAREMBA

6  Dated: July 24, 2009                JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
7
8                                      BY: _____  JOHN FLEGEL
                                           NICOLAS A. FLEGEL
9                                          Attorneys for Defendants
                                           CITY OF MENLO PARK,
10                                         NICHOLAS DOUGLAS, and
                                           EDUARDO ESTRADA
11
12 Dated: July ___, 2009               COUNTY COUNSEL OF SAN MATEO COUNTY
13
14                                     BY: _____
                                           MICHAEL P. MURPHY
15                                         REBECCA M. ARCHER
                                           Attorneys for Defendants
16                                         COUNTY OF SAN MATEO and
                                           MARK T. MEYERS
```

Zaremba vs. County of San Mateo, et al.
Stipulation of Partial Dismissal

2