UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON ZAREMBA | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C08-4451 MHP (BZ) |
| | ) | |
| v. | ) | **NOTICE OF RECUSAL** |
| | ) | |
| COUNTY OF SAN MATEO, | ) | |
| | ) | |
| Defendant(s). | ) | |

I hereby recuse myself in the above action.

Dated: August 24, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.09\ZAREMBA RECUSAL.wpd

1