BOHN & BOHN LLP
RAM FLETCHER, ESQ. - State Bar #240740
152 North Third Street, Suite 200
San Jose, California 95112
Telephone: (408) 279-4222
Fax No.: (408) 295-2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZAREMBA, | Case No: C08-04451MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND THE EXPERT DISCOVERY CUT-OFF DATE |
| v. | |
| COUNTY OF SAN MATEO, et al. | |
| Defendants. | |

The parties jointly seek to extend the expert discovery cut-off date scheduled for September 7, 2009, to allow the court to rule on Defendant's Motion for Summary Judgement and allow time for further settlement discussions.

IT IS HEREBY STIPULATED by the plaintiff JASON ZAREMBA, defendants CITY OF MENLO PARK, OFFICER DOUGLAS, OFFICER ESTRADA and defendants COUNTY OF SAN MATEO and OFFICER MYERS, through their counsel of record, to extend the September 7, 2009, expert discovery cut-off date to September 22, 2009.

///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: August 20, 2009 | BOHN & BOHN LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | BY: RAM FLETCHER<br>Attorneys for Plaintiff |
| 5 | | JASON ZAREMBA |
| 6 | Dated: August 20, 2009 | COUNTY OF SAN MATEO<br>DEPUTY COUNTY COUNSEL |
| 7 | | |
| 8 | | *[signature]* |
| 9 | | BY: REBECCA M. ARCHER<br>Attorneys for Defendants |
| 10 | | COUNTY OF SAN MATEO and<br>OFFICER MARK T. MYERS |
| 11 | | |
| 12 | Dated: August ___, 2009 | JORGENSON, SIEGEL, MCCLURE, FLEGEL |
| 13 | | |
| 14 | | |
| 15 | | BY: NICOLAS A. FLEGEL<br>Attorneys for Defendants |
| 16 | | CITY OF MENLO PARK, OFFICER<br>NICHOLAS DOUGLAS and OFFICER<br>EDWARD ESTRADA |

**ORDER**

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The September 7, 2009 expert discovery cut-off date is extended to September 22, 2009.

**IT IS SO ORDERED.**

Dated: ___8/24_____, 2009

HONORABLE
Judge Marilyn H. Patel

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

---

Zaremba vs. County of San Mateo, et al.
Stipulation and Order to Extend the Expert Discovery Cut-Off Date

2

| | | |
|---|---|---|
| 1 | Dated: August 20, 2009 | BOHN & BOHN LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | BY: RAM FLETCHER<br>Attorneys for Plaintiff<br>JASON ZAREMBA |
| 5 | | |
| 6 | Dated: August ____, 2009 | COUNTY OF SAN MATEO<br>DEPUTY COUNTY COUNSEL |

BY: REBECCA M. ARCHER
Attorneys for Defendants
COUNTY OF SAN MATEO and
OFFICER MARK T. MYERS

Dated: August 20, 2009          JORGENSON, SIEGEL, MCCLURE, FLEGEL

*[signature]*

BY: NICOLAS A. FLEGEL
Attorneys for Defendants
CITY OF MENLO PARK, OFFICER
NICHOLAS DOUGLAS and OFFICER
EDWARD ESTRADA

## ORDER

In consideration of the stipulation signed by the parties and good cause appearing, it is hereby ordered that:

The September 7, 2009 expert discovery cut-off date is extended to September 22, 2009.

**IT IS SO ORDERED.**

Dated: _____, 2009          _____
                                      HONORABLE MARILYN PATEL

---

Zaremba vs. County of San Mateo, et al.
Stipulation and Order to Extend the Expert Discovery Cut-Off Date            2